IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISC INC., et al.,

       Plaintiffs,                         No. CIV S-04-1790 KJM

       vs.

CAL EXPO, et al.,

       Defendants.                    ORDER

_____/

       The parties have filed a notice of related cases. Examination of the case files in the above-entitled action and <u>McIver v. CalExpo</u>, No. CIV S-01-1967, reveals these cases are related within the meaning of Local Rule 83-123(a). The actions involve the same property, transaction or event and similar questions of fact and the same question of law.

       Proposed consent decrees are to be filed in the <u>McIver</u> action. The parties are accordingly hereby directed no later than July 29, 2005 to advise the deputy clerk for the undersigned on the applicability of the <u>McIver</u> consent decrees to the <u>ISC v. CalExpo</u> action.

DATED: July 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006 isc-calexpo.rel

1