IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY McIVER, et al.,

    Plaintiffs,                                No. CIV S-01-1967 KJM

    vs.

CALIFORNIA EXPOSITION & FAIR, et al.,

    Defendants.

_____/

ISC, INC., et al.,

    Plaintiffs,                                No. CIV S-04-1790 KJM

    vs.

CALIFORNIA EXPOSITION & FAIR, et al.,

    Defendants.                          <u>ORDER</u>

_____/

        The time for filing objections to the proposed consent decrees, filed December 1, 2005, has expired.  No objections have been filed.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to enter the final consent decrees, as modified by the court in the order filed December 1, 2005.

DATED: December 16, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006 mciver-isc.entryconsent